AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__         DISTRICT OF         __NEW YORK__

**APPEARANCE**

v.

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

Signature

Print Name                                Bar Number

Address

City              State              Zip Code

Phone Number                              Fax Number

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

**APPEARANCE**

v.

Case Number:

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    I certify that I am admitted to practice in this court.

| Date | Signature |
|---|---|
| | Print Name      Bar Number |
| | Address |
| | City      State      Zip Code |
| | Phone Number      Fax Number |