AUSA Arlo Devlin-Brown
212.637.2506

**ORIGINAL**

CR 12 (Rev. 6/82)             WARRANT FOR ARREST

| United States District Court | DISTRICT |
| --- | --- |
| | SOUTHERN DISTRICT OF NEW YORK |

| | DOCKET NO. | MAGISTRATE'S CASE NO. |
| --- | --- | --- |
| UNITED STATES OF AMERICA<br>v.<br>CARMEN CICALESE, et al. | 07 CRIM 1125 | |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| | MARC GROUP, A/K/A "BOX" | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment  ☐ Information  ☐ Complaint | DISTRICT OF ARREST | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

conspiracy, gambling, money laundering

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>371, 1955, 1956 |
| --- | --- | --- |
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>12/11/07 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>12/11/07 | NAME AND TITLE OF ARRESTING OFFICER<br>SA Maryann Goldman<br>FBI NY | SIGNATURE OF ARRESTING OFFICER<br>SA FBI NY |
| --- | --- | --- |
| DATE EXECUTED<br>1/7/08 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.