LAW OFFICES OF
## SPARROW, SINGER & SCHREIBER

SUITE 5
125-10 QUEENS BOULEVARD
KEW GARDENS, NEW YORK 11415

(718) 261 - 4040
(718) 261 - 2129 Fax

KENNETH J. SCHREIBER
STEPHEN J. SINGER
ROBERT E. SPARROW

SIDNEY G. SPARROW
FOUNDER 1936

MARIA ASARO-ARCIOLO
LEGAL ASSISTANT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2008

August 20, 2008

VIA MAIL/FACSIMILE 212 805-6732
Honorable George B. Daniels
Southern District of New York
500 Pearl Street – Room 630
New York, New York 10007-1312

**SO ORDERED**
The conference is adjourned to
October 22, 2008 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

AUG 2 6 2008

Re:  United States of America v. Marc group, et. al.
     Case Number 07 CR 1125 (GBD)

Dear Judge Daniels:

I represent Marc Group who is scheduled for sentence on September 10, 2008. My wife is scheduled for ambulatory surgery on that date. Assistant United States Attorney Arlow Delvin-Brown has no objection to an adjournment of the sentence to a date convenient to the Court.

October 21st, 22nd, 28th or 29th are good dates for the Government and the Defendant. I will be out of town during the period of October 9 through October 20, 2008.

Thank you in advance for your courtesy and cooperation regarding same.

Very Truly Yours,

KENNETH J. SCHREIBER
KJS/maa

SPARROW, SINGER & SCHREIBER

cc:  VIA MAIL/FACSIMILE 212 805-0097
Assistant United States Attorney Arlow Delvin-Brown
Southern District of New York
United States Attorney's Office
One Saint Andrew Plaza
New York, New York 10007

VIA MAIL/FACSIMILE 212 805-0048
Probation Officer Kisha C. Singleton
Southern District of New York
United State Probation
500 Pearl Street
New York, New York 10007

VIA MAIL/FACSIMILE 212 371-7055
Mr. Marc Group
250 East 63rd Street
Apartment: PHB
New York, New York 10021